UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ONITY MORTGAGE CORPORATION,

Plaintiff,

-against-

REBECCA R. GEBMAN, PENTAGON FEDERAL CREDIT UNION, UNITED STATES OF AMERICA, INTERNAL REVENUE SERVICE, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, and JOHN DOE #1 THROUGH JOHN DOE #12,

Defendants.
-----------------------------------------------------------x

**ORDER**

26 Civ. 4482 (JGLC) (AEK)

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court held a telephonic status conference on November 17, 2026, at which the following matters were addressed:

(1) Plaintiff must serve its initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, initial requests for production of documents, and interrogatories by Tuesday, November 24, 2026.

(2) Defendant Gebman must serve her initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, initial requests for production of documents, and interrogatories by Tuesday, December 1, 2026.

(3) Requests to admit must be served by Wednesday, January 20, 2027.

A further status conference is set for Tuesday, January 12, 2027 at 11:00 a.m. before Judge Krause. To access the teleconference: (1) dial the meeting number: 1-855-244-8681; (2) enter the access code: 2312 503 5451; and (3) press pound, followed by pound again (##) to

enter the teleconference as a guest. Should counsel or any unrepresented party experience any technical issues with the teleconferencing system, please contact Chambers at (914) 390-4070.

The Clerk of Court is respectfully directed to mail a copy of this Order to the *pro se* Defendant.

Dated: November 17, 2026
White Plains, New York

**SO ORDERED.**

ANDREW E. KRAUSE
United States Magistrate Judge